UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:

MERY MELO                                                                CASE NO.  23-19266-LMI

    Debtor                                                                   CHAPTER 13
_____/

### DEBTOR'S OBJECTION TO CLAIM 17-1 OF MIDLAND CREDIT MANAGEMENT, INC.

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM*
*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection, an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the Debtor objects to the following claims filed in this case:

The Debtor, MERY MELO, by and through his undersigned counsel, objects to claim No. 17-1 filed by Midland Credit Management Inc. and states:

1.  Midland Credit Management Inc. filed an unsecured claim, claim no. 17-1, in the amount of $5758.00 for an account ending in 9318. After reviewing the claim with the Debtor, the claim indicates that the debt was originally owed to Citibank N.A., but the current creditor is Midland Credit Management Inc.  The claimant attached a Bill of Sale which fails to identify the account. The documents refer to a file that may or may not identify the account, but it is impossible to make that determination with the attached documentation.  This claim should be stricken and disallowed as it does not properly identify the transfer of the debt.

The undersigned acknowledges this objection and notice of hearing for this objection will be served on the claimant and the Debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to the Local Rule 2002-1(F) must be filed with the Court when the objection and notice of hearing are served.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida. I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that the undersigned shall serve a copy of this Objection to Claim by either electronic transmission or U.S. Mail this 18th day of July 2024 upon Nancy Neidich, Trustee and Midland Credit Management Inc., POB 2037, Warren MI 48090.

    Respectfully Submitted,

/s/ Kathy L. Houston
Kathy L. Houston, Esq.
FBN #56042
The Houston Law Firm P.L.
15321 S. Dixie Highway Suite 205
Miami, Florida 33157
T. 305-420-6609
Email: courtdocs@houstonlawfl.com