UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

MERY MELO                                                         CASE NO. 23-19266-LMI
                                                                  CHAPTER 13
    Debtor.
_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of July 2024, a true and correct copy of the following document was served electronically via CM/ECF to all parties registered to receive electronic notice as filed and via U.S. Mail as noted to all parties on the attached Service List:

1. Objection claim 1-1 [D.E.39]
2. Notice of Hearing 1-1 [D.E.40]
3. Objection claim 3-1 [D.E.41]
4. Notice of Hearing 3-1 [D.E.42]
5. Objection claim 6-1 [D.E.43]
6. Notice of Hearing 6-1 [D.E. 44]
7. Objection claim 8-1 [D.E.45]
8. Notice of Hearing 8-1 [D.E. 46]
9. Objection claim 10-1 [D.E.47]
10. Notice of Hearing 10-1 [D.E.48]
11. Objection claim 11-1 [D.E.49]
12. Notice of Hearing 11-1 [D.E. 50]
13. Objection claim 12-1 [D.E.51]
14. Notice of Hearing 12-1 [D.E. 52]
15. Objection claim 13-1 [D.E.53]
16. Notice of Hearing 13-1 [D.E. 54]
17. Objection claim 14-1 [D.E.55]
18. Notice of Hearing 14-1 [D.E.56]
19. Objection claim 15-1 [D.E.57]
20. Notice of Hearing 15-1 [D.E.58]
21. Objection claim 16-1 [D.E.59]
22. Notice of Hearing 16-1 [D.E. 60]
23. Objection claim 17-1 [D.E.61]
24. Notice of Hearing 17-1 [D.E. 62]
25. Objection claim 18-1 [D.E.63]
26. Notice of Hearing 18-1 [D.E. 64]
27. Objection claim 19-1 [D.E.65]
28. Notice of Hearing 19-1 [D.E. 66]
29. Objection claim 20-1 [D.E.67]
30. Notice of Hearing 20-1 [D.E. 68]

31. Objection claim 21-1 [D.E.69]
32. Notice of Hearing 21-1 [D.E. 70]
33. Objection claim 22-1 [D.E.71]
34. Notice of Hearing 22-1 [D.E. 72]
35. Objection claim 23-1 [D.E.73]
36. Notice of Hearing 23-1 [D.E. 74]
37. Objection to Claim 25-1 [D.E.75]
38. Notice of Hearing 25-1 [D.E. 76]

Via US Certified Mail:          LoanCare LLC
7021-0350-0002-2491-9359        3637 Sentara Way
Objection25-1 [D.E.75]          Virginia Beach, VA 23452

Via Email:                      Nancy Neidich, Trustee
                                e2c8f01@ch13miami.com

Respectfully submitted:

/s/ Kathy L. Houston

Kathy L. Houston, Esq.
15321 S. Dixie Highway, Suite 205
Miami, FL 33157
Phone: 305-420-6609
Email: courtdocs@houstonlawfl.com

# CREDITORS

**Absolute Resolutions**
Attn: Bankruptcy
8000 Norman Center Dr #350
Bloomington, MN 55437

**Absolute Resolutions Investments, LLC**
c/o Absolute Resolutions Corporation
8000 Norman Center Drive, Suite 350
Bloomington, MN 55437

**ACAR Leasing LTD d/b/a GM Financial Leasing**
P.O. Box 183853
Arlington, TX 76096

**Account Receivable Management**
POB 277690
Hollywood, FL 33027

**Americollect Inc.**
POB 1566
Manitowoc, WI 54221-1566

**Amex**
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

**Barclays Bank Delaware**
Attn: Bankruptcy
125 South West St
Wilmington, DE 19801

**BCU**
Attn: Bankruptcy
Po Box 8133
Vernon Hills, IL 60061

**BCU**
Attn: Bankruptcy
300 N Milwaukee Avenue
Vernon Hills, IL 60061

**BCU**
340 N Milwaukee Ave
Vernon Hills, IL 60061

**Caliber Home Loans**
Attn: Bankruptcy
P.O. Box 24610
Oklahoma City, OK 73124

**Capital One**
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

**Cavalry Portfolio Services**
Attn: Bankruptcy
500 Summit Lake Drive, Suite 400
Vahalla, NY 10595

**Cavalry SPV I, LLC**
PO Box 4252
Greenwich, CT 06831

**Chase Card Services**
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

**Citibank, N.A.**
c/o Quantum3 Group LLC
PO Box 280
Kirkland, WA 98083-0280

**Citibank/Sears**
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179

**Citibank/The Home Depot**
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179

**Citicard**
Citicorp Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179

**Comenity Bank/Pier 1**
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

**Comenity Bank/Victoria Secret**
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

**Comenity Capital/IKEA**
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

**Comenity/MPRC**
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

**Comenitybank/New York**
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

**Credit Control LLC**
3300 Rider Trail S. Suite 500
Earth City, MO 63045

**Credit One Bank**
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113

**D & A Services LLC of IL**
1400 E. Touhy Ave.
Suite G2
Des Plaines, IL 60018

**Discover Bank**
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

**Discover Financial**
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

**EdgeMED Healthcare LLC**
4800 T-Rex Ave.
Suite 200
Boca Raton, FL 33431

**Fingerhut**
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303

**Fortiva**
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348

**GastroMed**
5101 SW 8th St.
Miami, FL 33134

**Gm Financial**
Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096

**Great American Finance**
Attn: Bankruptcy
20 N Wacker Dr Suite 2275
Chicago, IL 60606

**Great American Finance Holdings, LLC**
200 South Michigan Avenue, Suite 450
Chicago, Illinois 60604

**Jefferson Capital System**
POB 11407
Dept. 6419
Birmingham, AL 35246-6419

**Jefferson Capital Systems LLC**
Po Box 7999
Saint Cloud MN 56302-9617

**Jefferson Capital Systems, LLC**
Attn: Bankruptcy
16 Mcleland Road
Saint Cloud, MN 56303

**Lakeview Loan Servicing, LLC**
c/o LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452

**LoanCare LLC**
Attn: Bankruptcy/Consumer Solution Dept
P.O. Box 8068
Virginia Beach, VA 23450

**Macys/fdsb**
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

**Midland Credit Management, Inc.**
350 Camino De La Reina
Suite 100
San Diego, CA 92108

**Midland Credit Management, Inc.**
PO Box 2037
Warren, MI 48090

**Midland Funding/Midland Credit Mgmt**
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193

**MOHELA**
Attn: Bankruptcy
633 Spirit Drive
Chesterfield, MO 63005

**MRS BPO LLC**
1930 Olney Ave.
Cherry Hill, NJ 08003

**Nicklaus Children Hospital**
POB 865101
Orlando, FL 32886-5101

**Nordstrom FSB**
Attn: Bankruptcy
Po Box 6555
Englewood, CO 80155

**NORDSTROM, INC.**
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud MN 56302

**Patiens Account Bureau**
POB 279
Norcross, GA 30091-0279

**Portfolio Recovery Associates, LLC**
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

**PORTFOLIO RECOVERY ASSOCIATES, LLC**
POB 41067
Norfolk, VA 23541

**Pulmonary Physicians of S. Fla.**
POB 348490
Miami, FL 33234-8490

**Quantum3 Group LLC as agent for**
MOMA Trust LLC
PO Box 788
Kirkland, WA 98083-0788

**Quest Diagnostics**
POB 740795
Cincinnati, OH 45274-0795

**Syncb/City Furniture**
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

**Syncb/Toys R Us**
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

**Synchrony Bank**
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

**Synchrony Bank/ Old Navy**
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

**Synchrony Bank/BRMart**
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

**Synchrony Bank/Care Credit**
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

**Synchrony Bank/Gap**
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

**Synchrony Bank/HHGregg**
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

**Synchrony Bank/JCPenney**
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

**Synchrony Bank/TJX**
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

**Target NB**
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440

**The Endoscopy Center**
5101 SW 8th St.
Miami, FL 33134

**Walmart Credit Services/Capital One**
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130